O
JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS DALE CATCHINGS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SANTA MONICA, et al.,<br><br>　　　　　Defendants. | Case No. CV 21-9072 MEMF (PVCx)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DEEMING PLAINTIFF DENNIS DALE CATCHINGS A VEXATIOUS LITIGANT** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　　IT IS ORDERED that:

1. Plaintiff Dennis Dale Catchings's ("Catchings") pending request for IFP status (ECF No. 2) is DENIED and this action is summarily DISMISSED;

2. Catchings is deemed a vexatious litigant;

3. The Clerk of the Court shall not file any civil rights action or IFP application from Catchings arising from or related to his 2002 arrest and conviction unless Catchings has filed a motion for leave to file a vexatious litigant complaint and a Judge of this Court has

granted the leave requested;

4. Any motion for leave to file a complaint must include a copy of the Magistrate Judge's Report and Recommendation (ECF No. 8), a copy of this Order, and a copy of the proposed complaint; and

5. If the Court does not grant Catchings written permission to file a complaint within thirty days of the date of his Motion, permission will be deemed denied.

IT IS FURTHER ORDERED that the Clerk serve a copy of this Order and the Order denying Plaintiff's IFP Application on Plaintiff at his current address of record.

**IT IS SO ORDERED.**

Dated: January 24, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge